1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

17
18
19

| | |
|---|---|
| ALBERT RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRIPETAL NETWORKS, INC.; ALSOP LOUIE MANAGEMENT LLC; ALSOP LOUIE CAPITAL 2, L.P.; ALSOP LOUIE PARTNERS 2, LLC; HOULIHAN LOKEY, INC.; OCEAN TOMO LLC; STEVEN ROGERS; JONATHAN ROGERS; PAUL BARKWORTH; GILMAN LOUIE; JOSEPH ADDIEGO; WILLIAM CROWELL; CRISTOBEL CONDE; and JOHN DOES 1-10,<br><br>    Defendants. | Case No.: 4:24-cv-01065-HSG<br><br>**STIPULATION AND ORDER (AS MODIFIED) REGARDING ANTICIPATED MOTIONS TO DISMISS COMPLAINT** |

Plaintiff Albert Richards ("Plaintiff") and Defendants Centripetal Networks, Inc., Steven Rogers, Jonathan Rogers, Ocean Tomo LLC, Alsop Louie Management LLC, Alsop Louie Capital 2 LP, Alsop Louie Partners 2 LLC, Gilman Louie, Joseph Addiego, and William Crowell (collectively, "Defendants") stipulate as follows:

On May 28, 2024 this Court held a telephonic initial case management conference. The Court directed the parties to meet and confer and submit a stipulation and proposed order to the Court regarding the anticipated motions to dismiss. "The proposed order should cover the timing and structure for consolidated motions to dismiss and subsequent consolidated briefing, as well as any proposed page limits." Dkt. No. 40.

The Parties have conferred and agreed upon the following:

- To the extent Defendants file more than one motion, Defendants shall coordinate any response, and no brief in support shall repeat points made in any other Defendants' briefs.
- Defendants shall be limited to 40 pages total for all motions to dismiss.
- Plaintiff shall be limited to 40 pages total for his opposition to all motions to dismiss.
- Defendants shall be limited to 20 pages total for all replies in further support of their motions to dismiss, and no reply brief shall repeat points made in any other Defendants' reply brief.
- Defendants shall file their motions to dismiss no later than **June 24, 2024**.
- Plaintiff shall file his oppositions or other responses no later than **August 23, 2024**.
- Defendants shall file their replies no later than **September 23, 2024**.

The proposed dates will not alter the date of any event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: June 3, 2024

**ORDER (AS MODIFIED) CONCERNING MOTIONS TO DISMISS**

Having reviewed the parties' stipulation, and good cause appearing therefor, the Court orders as follows:

- To the extent Defendants file more than one motion, Defendants shall coordinate any response, and no brief in support shall repeat points made in any other Defendants' briefs.
- Defendants shall be limited to 40 pages total for all motions to dismiss.
- Plaintiff shall be limited to 40 pages total for his opposition to all motions to dismiss.
- Defendants shall be limited to 20 pages total for all replies in further support of their motions to dismiss, and no reply brief shall repeat points made in any other Defendants' reply brief.
- Defendants shall file their motions to dismiss no later than **June 24, 2024**.
- Plaintiff shall file his oppositions or other responses no later than **August 16, 2024**.
- Defendants shall file their replies no later than **September 10, 2024**.
- Motion to Dismiss Hearing shall be held September 19, 2024, 02:00 PM in Oakland, Courtroom 2, 4th Floor.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   6/3/2024

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE