LISA KOBIALKA (State Bar No. 191404)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
lkobialka@kramerlevin.com

JONATHAN M. WAGNER (*admitted pro hac vice*)
LEAH S. FRIEDMAN (*admitted pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
jwagner@kramerlevin.com
lfriedman@kramerlevin.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALBERT RICHARDS,<br><br>           Plaintiff,<br><br>     v.<br><br>CENTRIPETAL NETWORKS, INC.; ALSOP LOUIE MANAGEMENT LLC; ALSOP LOUIE CAPITAL 2, L.P.; ALSOP LOUIE PARTNERS 2, LLC; HOULIHAN LOKEY, INC.; OCEAN TOMO LLC; STEVEN ROGERS; JONATHAN ROGERS; PAUL BARKWORTH; GILMAN LOUIE; JOSEPH ADDIEGO; WILLIAM CROWELL; CRISTOBEL CONDE; and JOHN DOES 1-10,<br><br>           Defendants. | Case No. 4:23-cv-01065-HSG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW LEAH FRIEDMAN AS COUNSEL** |

**ORDER**

Defendants Centripetal Networks, LLC, Steven Rogers, and Jonathan Rogers ("Defendants") moved to withdraw Leah Friedman, Esquire of Kramer Levin Naftalis & Frankel LLP as counsel for Defendants. All other counsel of record on behalf of Defendants remain in this case.

Defendants' request to withdraw Ms. Friedman as counsel from this case is GRANTED. The Clerk is directed to remove Ms. Friedman from the ECF notification for this action.

Dated: 6/5/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge