LISA KOBIALKA (SBN 191404)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
lkobialka@kramerlevin.com

JONATHAN MARK WAGNER (*pro hac vice*)
KERRI ANN LAW (*pro hac vice*)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
jwagner@kramerlevin.com
klaw@kramerlevin.com

TODD A. ROBERTS (SBN. 129722)
MARTIN D. DIOLI (SBN. 172775)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
todd.roberts@ropers.com
martin.dioli@ropers.com

*Attorneys for Defendants Centripetal Networks, Inc. et al.*

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
DAVID EISEMAN (SBN 114758)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
davideiseman@quinnemanuel.com
JESSE BERNSTEIN (*pro hac vice* to be filed)
AMY SHEHAN (*pro hac vice* to be filed)
jessebernstein@quinnemanuel.com
amyshehan@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
*Attorneys for Defendants
Alsop Louie Management LLC, Alsop Louie Capital
2, L.P., Alsop Louie Partners 2 LLC,
Gilman Louie, and Joseph Addiego*

MARC R. LEWIS (SBN 233306)
KENNETH M. WALCZAK (SBN 247389)
PETER C. SQUERI (SBN 286249)
DANIEL JORDAN (SBN 313543)
LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 800-0590
Fax: (415) 390-2127
kwalczak@lewisllewellyn.com
mlewis@lewisllewellyn.com
psqueri@lewisllewellyn.com
djordan@lewisllewellyn.com
*Attorneys for Plaintiff Albert Richards*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| ALBERT RICHARDS,<br><br>Plaintiff,<br><br>v.<br><br>CENTRIPETAL NETWORKS, INC. et al.<br><br>Defendants. | Case No. 4:24-cv-01065-HSG<br><br>**JOINT STIPULATION AND ORDER ON DEFENDANTS' REQUEST TO EXTEND THE DEADLINE FOR THEIR RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE SEALED** |

1  Defendants, by and through their counsel, hereby submit the following stipulated request to
2  extend the deadline for their response to plaintiff Albert Richards' Administrative Motion to Consider
3  Whether Material Should be Sealed ("Sealing Motion"), ECF No. 60.

4  WHEREAS, on August 16, 2024, Mr. Richards filed an Administrative Motion to Consider
5  Whether Material Should be Sealed, ECF No. 60;

6  WHEREAS, under Civil Local Rule 7-3(a), the deadline for Defendants to file a response to
7  Mr. Richards' Sealing Motion is August 23, 2024;

8  WHEREAS, Defendants did not gain access to the sealed pleading until August 20, 2024, and
9  thus Defendants seek to continue the deadline to file any response to Mr. Richards' Motion until
10 August 30, 2024;

11 WHEREAS, Mr. Richards does not oppose Defendants' request;

12 WHEREAS, the requested continuance should not have any material effect on the
13 schedule in this case;

14 NOW THEREFORE, the Parties hereby stipulate to Defendants' request that their deadline
15 to file any response to Mr. Richards' Sealing Motion be extended from August 23, 2024 to August 30,
16 2024. Pursuant to Civil L.R. 7-3(c), the deadline for Mr. Richards to file a response will be September
17 6, 2024 (7 days after the proposed extended deadline for Defendants' response).

18 **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: August 22, 2024 | By: */s/ Jonathan Mark Wagner* |
| 3 | | Jonathan Mark Wagner (admitted *pro hac vice*) |
| | | Kerri Ann Law (admitted *pro hac vice*) |
| 4 | | KRAMER LEVIN NAFTALIS & FRANKEL |
| | | 1177 Avenue of the Americas |
| 5 | | New York, NY 10036 |
| | | Tel.: (212) 715-9100 |
| 6 | | Fax: (212) 715-8000 |
| | | jwagner@kramerlevin.com |
| 7 | | |
| | | Lisa Kobialka (SBN 191404) |
| 8 | | lkobialka@kramerlevin.com |
| | | 333 Twin Dolphin Drive, Suite 700 |
| 9 | | Redwood Shores, CA 94065 |
| | | Tel.: (650) 752-1700 |
| 10 | | Fax: (650) 752-1800 |
| 11 | | Todd A. Roberts (SBN 129722) |
| | | Martin D. Dioli (SBN 172775) |
| 12 | | ROPERS MAJESKI PC |
| | | 535 Middlefield Road, Suite 245 |
| 13 | | Menlo Park, CA 94025 |
| | | Telephone: (650) 364-8200 |
| 14 | | Facsimile: (650) 780-1701 |
| | | Email: todd.roberts@ropers.com |
| 15 | | martin.dioli@ropers.com |
| 16 | | |
| 17 | | *Attorneys for Defendants* |
| | | *Centripetal Networks Inc., et al.* |

2

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: August 22, 2024 |  |
| 3 |  | By: */s/ David Eiseman*<br>David Eiseman (SBN 114758) |

Dated: August 22, 2024

Respectfully submitted,

By: */s/ David Eiseman*
    David Eiseman (SBN 114758)
    50 California Street, 22nd Floor
    QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
    San Francisco, CA 94111
    Telephone: (415) 875-6600
    davideiseman@quinnemanuel.com

    Jesse Bernstein (*pro hac vice* to be filed)
    Amy Shehan (*pro hac vice* to be filed)
    jessebernstein@quinnemanuel.com
    amyshehan@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Telephone: (212) 849-7000

    *Attorneys for Defendants*
    *Alsop Louie Management LLC, Alsop Louie Capital 2, L.P., Alsop Louie Partners 2 LLC, Gilman Louie, and Joseph Addiego*

Respectfully submitted,

Dated: August 22, 2024

By: */s/ Kenneth M. Walczak*
    Marc R. Lewis (SBN 233306)
    Kenneth M. Walczak (SBN 247389)
    Peter C. Squeri (SBN 286249)
    Daniel Jordan (SBN 313543)
    LEWIS & LLEWELLYN LLP
    601 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Tel.: (415) 800-0590
    Fax: (415) 390-2127
    Email: kwalczak@lewisllewellyn.com
    mlewis@lewisllewellyn.com
    psqueri@lewisllewellyn.com
    djordan@lewisllewellyn.com

    *Attorneys for Plaintiff*
    *Albert Richards*

**ATTESTATION**

I, Jonathan Wagner, am the ECF user whose identification and password are being used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

>                              */s/ Jonathan Mark Wagner*
>                              Jonathan Mark Wagner

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for Defendants to file a response to Plaintiff Albert Richards' Administrative Motion to Consider whether Material Should be Sealed, ECF No. 60, is extended from August 23, 2024 to August 30, 2024 (and the 7 day period for Mr. Richards to file a response shall be counted from the extended deadline for Defendants' response).

Dated: _____8/23/2024_____      _____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE