UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT RICHARDS,<br><br>  Plaintiff,<br><br>   v.<br><br>CENTRIPETAL NETWORKS, INC., et al.,<br><br>  Defendants. | Case No. 24-cv-01065-HSG<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER** |

The Court is in receipt of the Defendants' motions to dismiss, Dkt. Nos. 48–51, and Defendants' reply to the motion to dismiss, Dkt. No. 68. The Court is also in receipt of Plaintiff's administrative motion to file another party's material under seal, which includes a proposed amended version of the complaint. Dkt. No. 60.

The parties shall meet and confer in diligent good faith no later than September 17, 2024 to determine whether they can agree to the filing of an amended complaint, taking into account the well-established liberal standard in the Ninth Circuit favoring leave to amend. If the parties cannot agree, Plaintiff must file a motion for leave to amend the complaint no later than September 19, 2024. In any motion for leave, Plaintiff must support, with documentation, the assertion that the parties "stipulated to extend [the] deadline [for amendment as of Right under Rule 15]," Dkt. No. 67 at 2. This could include, for example, email or other communications reflecting that the parties discussed that the "or other responses" language in the parties' stipulation, Dkt. No. 41, contemplated the possibility of the filing of an amended complaint rather than an opposition to a motion to dismiss.

//

//

1  All parties are advised that the Court expects and demands strict adherence at all times to
2  the highest standards of professionalism, and to the letter of the Federal Rules of Civil Procedure,
3  the Local Rules of Practice in Civil Proceedings in the Northern District of California, and this
4  Court's Civil Standing Order.

5  **IT IS SO ORDERED.**

6  Dated:   9/12/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge