MARC R. LEWIS (State Bar No. 233306)
KENNETH M. WALCZAK (State Bar No. 247389)
PETER C. SQUERI (State Bar No. 286249)
DANIEL JORDAN (State Bar No. 313543)
LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 800-0590
Fax: (415) 390-2127
Email:  kwalczak@lewisllewellyn.com
         mlewis@lewisllewellyn.com
         psqueri@lewisllewellyn.com
         djordan@lewisllewellyn.com
*Attorneys for Plaintiff*
ALBERT RICHARDS

Daniel J. Bergeson (State Bar No. 105439)
John D. Pernick (State Bar No. 155468)
Bergeson, LLP
111 N. Market St. Suite, 600
San Jose, CA 95113
Tel.: (408) 291-6200
Fax: (408) 297-6000
Email: dbergeson@be-law.com
*Attorneys for Defendant William Crowell*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ALBERT RICHARDS,<br><br>    Plaintiff,<br>    v.<br><br>CENTRIPETAL NETWORKS, INC.; ALSOP LOUIE MANAGEMENT LLC; ALSOP LOUIE CAPITAL 2, L.P.; ALSOP LOUIE PARTNERS 2, LLC; HOULIHAN LOKEY, INC.; OCEAN TOMO LLC; STEVEN ROGERS; JONATHAN ROGERS; PAUL BARKWORTH; GILMAN LOUIE; JOSEPH ADDIEGO; WILLIAM CROWELL; CRISTOBEL CONDE; and JOHN DOES 1-10,<br><br>    Defendants. | Case No.: 4:24-cv-01065-HSG<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT WILLIAM CROWELL WITHOUT PREJUDICE**<br><br>F.R.C.P. 41(a)(1)(A)(ii) |

This Court, having reviewed the Parties' Stipulation for Dismissal of Claims Against Defendant William Crowell, and with good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's claims and all causes of action alleged in this case against Defendant William Crowell are dismissed, without prejudice.

Plaintiff and Defendant William Crowell shall each bear their own attorneys' fees and costs.

Dated: 9/13/2024

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE