TIMOTHY P. CRUDO (State Bar No. 143835)
MARK L. HEJINIAN (State Bar No. 281417)
BENJAMIN C. PULLIAM (State Bar No. 294628)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:      ef-tpc@cpdb.com
            ef-mlh@cpdb.com
            ef-bcp@cpdb.com

Attorneys for Plaintiff
ALBERT RICHARDS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ALBERT RICHARDS, <br><br> Plaintiff, <br><br> v. <br><br> CENTRIPETAL NETWORKS, LLC, f/k/a/ CENTRIPETAL NETWORKS, INC.; CNI HOLDINGS, INC.; ALSOP LOUIE MANAGEMENT LLC; ALSOP LOUIE CAPITAL 2, L.P.; ALSOP LOUIE PARTNERS 2, LLC; OCEAN TOMO, LLC; STEVEN ROGERS; and JONATHAN ROGERS, <br><br> Defendants. | Case No. 4:24-cv-01065-HSG <br><br> **STIPULATION AND [ORDER CONTINUING DATE TO AMEND PLEADING AND RESPONSIVE DEADLINES PURSUANT TO L.R. 6-1(b) and 6-2** <br><br><br> Trial Date: None Set <br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Complaint Filed: February 21, 2024 |

**JOINT STIPULATION AND ORDER ON PLAINTIFF'S REQUEST TO EXTEND THE DEADLINE TO AMEND PLEADING AND RESPONSIVE DEADLINES PURSUANT TO L.R. 6-1(b) and 6-2**

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Albert Richards ("Plaintiff") and Defendants Centripetal Networks, LLC, f/k/a/ Centripetal Networks, Inc., CNI Holdings, Inc., Alsop Louie Management LLC, Alsop Louie Capital 2, L.P., Alsop Louie Partners 2, LLC, Ocean Tomo, LLC, Steven Rogers, and Jonathan Rogers (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, on February 21, 2024, Plaintiff filed his Complaint in this action (ECF No. 1);

WHEREAS, on June 24, 2024, Defendants filed motions to dismiss the Complaint (ECF Nos. 48-51);

WHEREAS, on August 16, 2024, Plaintiff filed an Administrative Motion to Consider Whether Material Should be Sealed ("Administrative Sealing Motion"), attaching a proposed redacted First Amended Complaint ("FAC"), and lodged the unredacted FAC provisionally under seal so as not to prejudice Defendants' rights (ECF Nos. 60, 60-1);

WHEREAS, on September 19, 2024, Plaintiff filed his Motion for Leave to Amend Complaint (ECF No. 76);

WHEREAS, on October 31, 2024, the Court issued an Order Granting Motion for Leave to Amend Complaint, directing Plaintiff to file an unredacted version of the FAC as a separate docket entry by November 4, 2024 (ECF No. 89);

WHEREAS, Defendants have requested that Plaintiff delete certain allegations from the unredacted version of the FAC due November 4, 2024, on the ground that those allegations, if public, will prejudice Centripetal, and;

WHEREAS, the parties agree that additional time is appropriate to allow the parties to resolve Defendants' request.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties, subject to the Court's approval, that the current schedule be modified as follows:

/ / /

1. Plaintiff shall have to and including November 6, 2024, by which to file an unredacted FAC.

2. Changes to the FAC filed on November 6, 2024, from that version of the FAC lodged with the Administrative Sealing Motion are made without prejudice to any of Plaintiff's claims or rights.

3. Defendants' responses to the FAC shall be due on or before November 27, 2024.

SO STIPULATED.

DATED: November 4, 2024        ROPERS MAJESKI, PC
                                            MARTIN DIOLI

                                      KRAMER LEVIN NAFTALIS FRANKEL LLP

By:  */s/ Jonathan M. Wagner*
JONATHAN MARK WAGNER
Attorneys For Defendants
CENTRIPETAL NETWORKS, LLC, f/k/a/
CENTRIPETAL NETWORKS, INC., CNI
HOLDINGS, INC., OCEAN TOMO LLC,
STEVEN ROGERS, and JONATHAN ROGERS

DATED: November 4, 2024        QUINN EMANUEL URQUHART & SULLIVAN

By:  */s/ David Eiseman*
DAVID EISEMAN
Attorneys for Defendants
ALSOP LOUIE MANAGEMENT LLC, ALSOP
LOUIE CAPITAL 2 L.P., and ALSOP LOUIE
PARTNERS 2, LLC

1  DATED: November 4, 2024          COBLENTZ PATCH DUFFY & BASS LLP

                                    By:   */s/ Timothy P. Crudo*
                                          TIMOTHY P. CRUDO
                                          Attorneys for Plaintiff
                                          ALBERT RICHARDS

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

**ATTESTATION**

I, Timothy Crudo, am the ECF user whose identification and password are being used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

DATED:  November 4, 2024                    COBLENTZ PATCH DUFFY & BASS LLP


                                            By:    /s/ Timothy P. Crudo
                                                   TIMOTHY P. CRUDO

**ORDER**

Plaintiff shall have to and including November 6, 2024, by which to file an unredacted FAC. Changes to the FAC filed on November 6, 2024, from that version of the FAC lodged with the Administrative Sealing Motion are made without prejudice to any of Plaintiff's claims or rights. Defendants' response to the FAC shall be due on or before November 27, 2024.

IT IS SO ORDERED.

DATED: 11/5/2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE