UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT RICHARDS                    ,

               Plaintiff(s),

      v.

CENTRIPETAL NETWORKS, INC., et al.

           Defendant(s).

Case No. 4:24-cv-01065-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Zachary Andrew Levine , an active member in good standing of the bar of New York Court of Appeals , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Centripetal Networks, Inc.; Ocean Tomo LLC; Steven Rogers; and Jonathan Rogers in the above-entitled action. My local co-counsel in this case is Lisa Kobialka , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 191404 .

1177 Avenue of the Americas, New York, NY 10036
MY ADDRESS OF RECORD

333 Twin Dolphin Dr., Suite 700 Redwood Shores, CA 94065
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 715-9258
MY TELEPHONE # OF RECORD

(650) 752-1700
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

zlevine@kramerlevin.com
MY EMAIL ADDRESS OF RECORD

lkobialka@kramerlevin.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6168157 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated:  11/20/2024                                              Zachary Andrew Levine

5                                                                              APPLICANT

6

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of  Zachary Andrew Levine      is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated:        11/21/2024

16

17                    _Haywood S. Gill Jr._

18                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

   I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Zachary Andrew Levine

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **November 13, 2024**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 18, 2024.

*Clerk of the Court*

CertID-00201173



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024