| | |
|---|---|
| LISA KOBIALKA (SBN 191404)<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br>lkobialka@kramerlevin.com<br><br>JONATHAN M. WAGNER (*pro hac vice*)<br>KERRI ANN LAW (*pro hac vice*)<br>ZACHARY LEVINE (*pro hac vice*)<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>jwagner@kramerlevin.com<br>klaw@kramerlevin.com<br>zlevine@kramerlevin.com<br><br>TODD A. ROBERTS (SBN. 129722)<br>MARTIN D. DIOLI (SBN. 172775)<br>ROPERS MAJESKI PC<br>535 Middlefield Road, Suite 245<br>Menlo Park, CA 94025<br>Telephone: (650) 364-8200<br>Facsimile: (650) 780-1701<br>todd.roberts@ropers.com<br>martin.dioli@ropers.com<br><br>*Attorneys for Defendants Centripetal Networks, Inc., CNI Holdings, Inc., Jonathan Rogers, Steven Rogers and Ocean Tomo* | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>DAVID EISEMAN (SBN 114758)<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>davideiseman@quinnemanuel.com<br>JESSE BERNSTEIN (*pro hac vice* to be filed)<br>AMY SHEHAN (*pro hac vice* to be filed)<br>jessebernstein@quinnemanuel.com<br>amyshehan@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>*Attorneys for Defendants*<br>*Alsop Louie Management LLC, Alsop Louie Capital 2, L.P., Alsop Louie Partners 2 LLC*<br><br>TIMOTHY P. CRUDO (SBN 143835)<br>MARK L. HEJINIAN (SBN 281417)<br>BENJAMIN C. PULLIAM (SBN 294628)<br>COBLENTZ PATCH DUFFY & BASS LLP<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104-5500<br>Tel.: (415) 391-4800<br>Fax: (415) 989-1663<br>ef-tpc@cpdb.com<br>ef-mlh@cpdb.com<br>ef-bcp@cpdb.com<br>*Attorneys for Plaintiff Albert Richards* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ALBERT RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRIPETAL NETWORKS, LLC, f/k/a CENTRIPETAL NETWORKS, INC.; CNI HOLDINGS, INC.; ALSOP LOUIE MANAGEMENT LLC; ALSOP LOUIE CAPITAL 2, L.P.; ALSOP LOUIE PARTNERS 2, LLC; OCEAN TOMO LLC; STEVEN ROGERS; and JONATHAN ROGERS;<br><br>    Defendants. | Case No. 4:24-cv-01065-HSG<br><br>**JOINT STIPULATION AND ORDER ON THE PARTIES' REQUEST TO SET A BRIEFING SCHEDULE TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>L. Civ. R 6-2, 6-2, 7-12 |

JOINT STIPULATION AND ORDER TO EXTEND DEADLINES      CASE NO.: 4:24-cv-01065-HSG

All Parties, by and through their counsel, hereby submit the following stipulated request to extend the deadlines for their responses to Defendants' motions to dismiss the First Amended Complaint ("FAC").

WHEREAS, on November 6, 2024, Mr. Richards filed his FAC, ECF No. 92;

WHEREAS, on November 26, 2024, the Defendants filed three motions to dismiss the FAC, ECF Nos. 95, 96, 97;

WHEREAS, the Parties have agreed upon a January 30, 2025 motion date;

WHEREAS, the Parties have agreed to a schedule for opposition and reply briefs in response to the motions to dismiss the FAC;

WHEREAS, the Parties have agreed that Mr. Richards may file a single omnibus opposition to the three motions to dismiss not to exceed 40 pages in length;

WHEREAS, the proposed briefing schedule should not have any material effect on the schedule in this case;

NOW THEREFORE, the Parties hereby stipulate that (i) Plaintiff's omnibus opposition to Defendants' motions to dismiss shall be due January 3, 2025 and shall not exceed 40 pages in length and (ii) Defendants' replies in support of their motions to dismiss shall be due January 23, 2025.

**IT IS SO STIPULATED.**

Dated: November 27, 2024

Respectfully submitted,

By: /s/ Timothy P. Crudo
TIMOTHY P. CRUDO (SBN 143835)
MARK L. HEJINIAN (SBN 281417)
BENJAMIN C. PULLIAM (SBN 294628)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Tel.: (415) 391-4800
Fax: (415) 989-1663
ef-tpc@cpdb.com
ef-mlh@cpdb.com
ef-bcp@cpdb.com
*Attorneys for Plaintiff Albert Richards*

1

Dated: November 27, 2024

Respectfully submitted,

By: /s/ Jonathan M. Wagner
JONATHAN M. WAGNER (*pro hac vice*)
KERRI ANN LAW (*pro hac vice*)
ZACHARY LEVINE (*pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
jwagner@kramerlevin.com
klaw@kramerlevin.com
zlevine@kramerlevin.com

LISA KOBIALKA (SBN 191404)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
lkobialka@kramerlevin.com

*Attorneys for Defendants Centripetal Networks, Inc., CNI Holdings, Inc., Jonathan Rogers, Steven Rogers and Ocean Tomo*

TODD A. ROBERTS (SBN. 129722)
MARTIN D. DIOLI (SBN. 172775)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
todd.roberts@ropers.com
martin.dioli@ropers.com

*Attorneys for Defendants Centripetal Networks, Inc., CNI Holdings, Inc., Jonathan Rogers, and Steven Rogers*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 27, 2024 | Respectfully submitted, |
| 3 | | By: /s/ David Eiseman |
| 4 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 5 | | DAVID EISEMAN (SBN 114758) |
| | | 50 California Street, 22nd Floor |
| 6 | | San Francisco, CA 94111 |
| 7 | | Telephone: (415) 875-6600 |
| | | davideiseman@quinnemanuel.com |
| 8 | | |
| | | JESSE BERNSTEIN (*pro hac vice* to be filed) |
| 9 | | AMY SHEHAN (*pro hac vice* to be filed) |
| | | jessebernstein@quinnemanuel.com |
| 10 | | amyshehan@quinnemanuel.com |
| | | 51 Madison Avenue, 22nd Floor |
| 11 | | New York, NY 10010 |
| 12 | | Telephone: (212) 849-7000 |
| | | *Attorneys for Defendants* |
| 13 | | *Alsop Louie Management LLC, Alsop Louie Capital 2, L.P., and Alsop Louie Partners 2 LLC* |

3

JOINT STIPULATION AND ORDER TO EXTEND DEADLINES        CASE NO.: 4:24-cv-01065-HSG

**ATTESTATION**

I, Timothy P. Crudo, am the ECF user whose identification and password are being used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

                                             */s/ Timothy P. Crudo*
                                              Timothy P. Crudo

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for Plaintiff to file responses to Defendants' motions to dismiss the First Amended Complaint is January 3, 2025, and the deadline for Defendants to file replies in support of their motions to dismiss the First Amended Complaint is January 23, 2025. Plaintiff may file a single omnibus opposition to Defendants' motions to dismiss the First Amended Complaint, which shall not exceed 40 pages.

Dated: 12/20/2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE